```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 19-01932-RNO
Lora Lee Nunes                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: CourtneyG        Page 1 of 1        Date Rcvd: May 29, 2019
                    Form ID: pdf010      Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Lora Lee Nunes,    25 Homestead Lane,    Lehighton, PA 18235-5502
5194586        +KML Law Group, P.C.,    Suit 5000 BNY Mellon Indepence Cent,    701 Market St.,
                 Philadelphia, PA 19106-1538
5194587        +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5194589        +USAA Savings Bank,    10750 McDermott Fwy,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5194588        +E-mail/PDF: cbp@onemainfinancial.com May 29 2019 19:57:44      OneMain Financial,
                 3321 Hamilton Blvd,    Allentown, PA 18103-4536
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Lora Lee Nunes jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LORA LEE NUNES

| | |
|---|---|
| **Chapter:** | 13 |
| **Case No.:** | 5-19-bk-01932 RNO |
| **Document No.:** | 8 |
| **Nature of Proceeding:** | Motion to Extend Automatic Stay |

## ORDER

After due consideration of the Debtor's Motion to Extend Automatic Stay, it is

ORDERED that the Motion is GRANTED and the automatic stay is extended as to all creditors until further order of this Court.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(BI)

May 29, 2019