COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400
CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S | 1 | 3/16/19-3/29/19 | 3/29/19 | 88920 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 113.66 | 981.27 | GROSS | 1904.70 | 16544.80 |
| | | | | MDCARE | 26.58 | 229.47 | | | |
| | | | | FED WH | 164.18 | 1752.34 | | | |
| | | | | PA TAX | 56.28 | 485.89 | | | |
| | | | | CTY TX | 18.33 | 158.26 | | | |
| | | | | SUI | 1.14 | 9.91 | | | |
| | | | | LST | 2.00 | 14.00 | | | |
| | | | | PENDEF | 95.24 | 827.26 | | | |
| | | | | HEALTH | 52.69 | 536.77 | | | |
| | | | | VISION | .30 | 2.10 | | | |
| | | | | DUES | 28.57 | 199.99 | VOL | | 81.60 |
| | | | | DENTAL | 2.85 | 19.95 | RX | 15.60 | 158.88 |
| | TOTAL PAY | | 1904.70 | TOTAL DEDUCTIONS | | 577.42 | NET PAY | | 1327.28 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2012 | | 80 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1738.02 | 14999.84 |
| SOCSEC | 1833.26 | 15827.10 |
| MDCARE | 1833.26 | 15827.10 |
| STATE | 1833.26 | 15827.10 |
| LOCAL | 1833.26 | 15827.10 |

Leave Status as of: 3/22/19

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 28779 | 000 | 4000 | 1892 | 1934 | 16065 |
| Accrued | 962 | 000 | 000 | 000 | 46 | 69 |
| Used | 071 | 000 | 000 | 000 | 200 | 00 |
| Balance | 29670 | 000 | 4000 | 1892 | 1780 | 16134 |

**PAY STATEMENT**

DIS:111008OOL

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**PAYROLL VOUCHER**

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400



| DATE | DIRDEP NO |
|---|---|
| 3/29/19 | 88920 |
| NET PAY | |
| ********************** | |

NET PAY OF $1327.28 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

PAY TO THE ORDER OF

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235



**NON-NEGOTIABLE**
Authorized Signature

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S  1 | 3/02/19-3/15/19 | 3/15/19 | 86587 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 122.10 | 867.61 | GROSS | 2040.75 | 14640.10 |
| DT | 2.50 | 54.420 | 136.05 | MDCARE | 28.55 | 202.89 | | | |
| | | | | FED WH | 183.82 | 1588.16 | | | |
| | | | | PA TAX | 60.46 | 429.61 | | | |
| | | | | CTY TX | 19.69 | 139.93 | | | |
| | | | | SUI | 1.22 | 8.77 | | | |
| | | | | LST | 2.00 | 12.00 | | | |
| | | | | PENDEF | 102.04 | 732.02 | | | |
| | | | | HEALTH | 52.69 | 484.08 | | | |
| | | | | VISION | .30 | 1.80 | | | |
| | | | | DUES | 28.57 | 171.42 | VOL | | 81.60 |
| | | | | DENTAL | 2.85 | 17.10 | RX | 15.60 | 143.28 |
| TOTAL PAY | | | 2040.75 | TOTAL DEDUCTIONS | | 619.89 | NET PAY | | 1420.86 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2012 | | 80 |

Leave Status as of: 3/08/19

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 28960 | 000 | 4000 | 1892 | 1888 | 16111 |
| Accrued | 962 | 000 | 000 | 000 | 46 | -46 |
| Used | 1143 | 000 | 000 | 000 | 00 | 00 |
| Balance | 28779 | 000 | 4000 | 1892 | 1934 | 16065 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1867.27 | 13261.82 |
| SOCSEC | 1969.31 | 13993.84 |
| MDCARE | 1969.31 | 13993.84 |
| STATE | 1969.31 | 13993.84 |
| LOCAL | 1969.31 | 13993.84 |

## PAY STATEMENT

DIS:111OO800L

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION



**PAYROLL VOUCHER**

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA  18101-2400

| DATE | DIRDEP NO |
|---|---|
| 3/15/19 | 86587 |
| NET PAY | |
| ****************** | |

NET PAY OF $1420.86 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |


LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA  18235



**NON-NEGOTIABLE**
Authorized Signature

COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S  1 | 2/16/19-3/01/19 | 3/01/19 | 84259 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 113.66 | 745.51 | GROSS | 1904.70 | 12599.35 |
| | | | | MDCARE | 26.58 | 174.34 | | | |
| | | | | FED WH | 164.18 | 1404.34 | | | |
| | | | | PA TAX | 56.28 | 369.15 | | | |
| | | | | CTY TX | 18.33 | 120.24 | | | |
| | | | | SUI | 1.14 | 7.55 | | | |
| | | | | LST | 2.00 | 10.00 | | | |
| | | | | PENDEF | 95.24 | 629.98 | | | |
| | | | | HEALTH | 52.69 | 431.39 | | | |
| | | | | VISION | .30 | 1.50 | | | |
| | | | | DUES | 28.57 | 142.85 | RX | 15.60 | 127.68 |
| | | | | VOL | 27.20 | 81.60 | DENTAL | 2.85 | 14.25 |
| TOTAL PAY | | | 1904.70 | TOTAL DEDUCTIONS | | 604.62 | NET PAY | | 1300.08 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

Leave Status as of: 2/22/19

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 28998 | 000 | 4000 | 1892 | 1941 | 16058 |
| Accrued | 962 | 000 | 000 | 000 | 46 | 53 |
| Used | 1000 | 000 | 000 | 000 | 100 | 00 |
| Balance | 28960 | 000 | 4000 | 1892 | 1887 | 16111 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1738.02 | 11394.55 |
| SOCSEC | 1833.26 | 12024.53 |
| MDCARE | 1833.26 | 12024.53 |
| STATE | 1833.26 | 12024.53 |
| LOCAL | 1833.26 | 12024.53 |

**PAY STATEMENT**

DIS:11100800L

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**PAYROLL VOUCHER**

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400

| DATE | DIRDEP NO |
|---|---|
| 3/01/19 | 84259 |

NET PAY
********************

NET PAY OF $1300.08 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA  18235

**NON-NEGOTIABLE**
Authorized Signature

Case 5:19-bk-01932-RNO    Doc 21    Filed 06/06/19    Entered 06/06/19 13:28:34    Desc
Main Document    Page 3 of 12

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 2/02/19-2/15/19 | 2/15/19 | 81931 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 113.66 | 631.85 | GROSS | 1904.70 | 10694.65 |
| | | | | MDCARE | 26.58 | 147.76 | | | |
| | | | | FED WH | 164.18 | 1240.16 | | | |
| | | | | PA TAX | 56.28 | 312.87 | | | |
| | | | | CTY TX | 18.33 | 101.91 | | | |
| | | | | SUI | 1.14 | 6.41 | | | |
| | | | | LST | 2.00 | 8.00 | | | |
| | | | | PENDEF | 95.24 | 534.74 | | | |
| | | | | HEALTH | 52.69 | 378.70 | | | |
| | | | | VISION | .30 | 1.20 | | | |
| | | | | DUES | 28.57 | 114.28 | VOL | | 54.40 |
| | | | | DENTAL | 2.85 | 11.40 | RX | 15.60 | 112.08 |
| **TOTAL PAY** | | | 1904.70 | **TOTAL DEDUCTIONS** | | 577.42 | **NET PAY** | | 1327.28 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

Leave Status as of: 2/08/19

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 28179 | 000 | 4000 | 1392 | 1995 | 16004 |
| Accrued | 962 | 000 | 000 | 500 | 46 | 53 |
| Used | 143 | 000 | 000 | 000 | 100 | 00 |
| Balance | 28998 | 000 | 4000 | 1892 | 1941 | 16057 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1738.02 | 9656.53 |
| SOCSEC | 1833.26 | 10191.27 |
| MDCARE | 1833.26 | 10191.27 |
| STATE | 1833.26 | 10191.27 |
| LOCAL | 1833.26 | 10191.27 |

**PAY STATEMENT**

DIS:11100800L

---- TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION ----



**PAYROLL VOUCHER**
COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400

| DATE | DIRDEP NO |
|---|---|
| 2/15/19 | 81931 |
| **NET PAY** | |
| ****************** | |

NET PAY OF $1327.28 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235

**NON-NEGOTIABLE**
Authorized Signature

## COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 1/19/19-2/01/19 | 2/01/19 | 79609 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 252.12 | 518.19 | GROSS | 4355.57 | 8789.95 |
| RP | | | 2450.87 | MDCARE | 58.96 | 121.18 | | | |
| | | | | FED WH | 625.79 | 1075.98 | | | |
| | | | | PA TAX | 124.84 | 256.59 | | | |
| | | | | CTY TX | 40.67 | 83.58 | | | |
| | | | | SUI | 2.61 | 5.27 | | | |
| | | | | LST | 2.00 | 6.00 | | | |
| | | | | PENDEF | 217.78 | 439.50 | | | |
| | | | | HEALTH | 220.63 | 326.01 | | | |
| | | | | VISION | .30 | .90 | | | |
| | | | | DUES | 28.57 | 85.71 | RX | 65.28 | 96.48 |
| | | | | VOL | 27.20 | 54.40 | DENTAL | 2.85 | 8.55 |
| **TOTAL PAY** | | | 4355.57 | **TOTAL DEDUCTIONS** | | 1669.60 | **NET PAY** | | 2685.97 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

**Leave Status as of: 1/25/19**

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 27503 | 000 | 4000 | 642 | 1992 | 16007 |
| Accrued | 962 | 000 | 000 | 750 | 46 | -03 |
| Used | 286 | 000 | 000 | 000 | 42 | 00 |
| Balance | 28179 | 000 | 4000 | 1392 | 1996 | 16004 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 3848.73 | 7918.51 |
| SOCSEC | 4066.51 | 8358.01 |
| MDCARE | 4066.51 | 8358.01 |
| STATE | 4066.51 | 8358.01 |
| LOCAL | 4066.51 | 8358.01 |

**PAY STATEMENT**

DIS:111008OOL

--- TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION ---

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER   THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

## PAYROLL VOUCHER

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400



| DATE | DIRDEP NO |
|---|---|
| 2/01/19 | 79609 |
| **NET PAY** | |
| ************* | |

**NET PAY OF $2685.97 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT**

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

PAY TO THE ORDER OF

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235

**NON-NEGOTIABLE**
Authorized Signature

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S | 1 | 1/05/19-1/18/19 | 1/18/19 | 77282 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 75.00 | 27.210 | 2040.75 | SOCSEC | 152.41 | 266.07 | GROSS | 2529.68 | 4434.38 |
| OT | 3.50 | 42.50 | 148.75 | MDCARE | 35.64 | 62.22 | | | |
| DT | 4.00 | 54.420 | 217.68 | FED WH | 286.01 | 450.19 | | | |
| OC | | | 120.00 | PA TAX | 75.47 | 131.75 | | | |
| SD3 | 5.00 | .500 | 2.50 | CTY TX | 24.58 | 42.91 | | | |
| | | | | SUI | 1.52 | 2.66 | | | |
| | | | | LST | 2.00 | 4.00 | | | |
| | | | | PENDEF | 126.48 | 221.72 | | | |
| | | | | HEALTH | 52.69 | 105.38 | | | |
| | | | | VISION | .30 | .60 | | | |
| | | | | DUES | 28.57 | 57.14 | VOL | | 27.20 |
| | | | | DENTAL | 2.85 | 5.70 | RX | 15.60 | 31.20 |

| TOTAL PAY | 2529.68 | TOTAL DEDUCTIONS | 804.12 | NET PAY | 1725.56 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

Leave Status as of: 1/11/19

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 29220 | 000 | 4000 | 642 | 1946 | 16053 |
| Accrued | 962 | 000 | 000 | 000 | 46 | -46 |
| Used | 2679 | 000 | 000 | 000 | 00 | 00 |
| Balance | 27503 | 000 | 4000 | 642 | 1992 | 16007 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 2331.76 | 4069.78 |
| SOCSEC | 2458.24 | 4291.50 |
| MDCARE | 2458.24 | 4291.50 |
| STATE | 2458.24 | 4291.50 |
| LOCAL | 2458.24 | 4291.50 |

**PAY STATEMENT**

DIS:11100800L

--- TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION ---

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER   THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

## PAYROLL VOUCHER

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400

| DATE | DIRDEP NO |
|---|---|
| 1/18/19 | 77282 |
| NET PAY | |
| ****************** | |

NET PAY OF $1725.56 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA  18235

**NON-NEGOTIABLE**
Authorized Signature

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 12/22/18-1/04/19 | 1/04/19 | 74974 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 113.66 | 113.66 | GROSS | 1904.70 | 1904.70 |
| | | | | MDCARE | 26.58 | 26.58 | | | |
| | | | | FED WH | 164.18 | 164.18 | | | |
| | | | | PA TAX | 56.28 | 56.28 | | | |
| | | | | CTY TX | 18.33 | 18.33 | | | |
| | | | | SUI | 1.14 | 1.14 | | | |
| | | | | LST | 2.00 | 2.00 | | | |
| | | | | PENDEF | 95.24 | 95.24 | | | |
| | | | | HEALTH | 52.69 | 52.69 | | | |
| | | | | VISION | .30 | .30 | | | |
| | | | | DUES | 28.57 | 28.57 | RX | 15.60 | 15.60 |
| 1.31 | | | | VOL | 27.20 | 27.20 | DENTAL | 2.85 | 2.85 |
| | | TOTAL PAY | 1904.70 | TOTAL DEDUCTIONS | | 604.62 | NET PAY | | 1300.08 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

**Leave Status as of: 12/28/18**

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 287 22 | 000 | 000 | 642 | 20 00 | 160 00 |
| Accrued | 9 62 | 000 | 40 00 | 000 | 46 | 53 |
| Used | 4 64 | 000 | 000 | 000 | 1 00 | 00 |
| Balance | 292 20 | 000 | 40 00 | 642 | 19 46 | 160 53 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1738.02 | 1738.02 |
| SOCSEC | 1833.26 | 1833.26 |
| MDCARE | 1833.26 | 1833.26 |
| STATE | 1833.26 | 1833.26 |
| LOCAL | 1833.26 | 1833.26 |

**PAY STATEMENT**

DIS:111100800L

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

## PAYROLL VOUCHER

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400




| DATE | DIRDEP NO |
|---|---|
| 1/04/19 | 74974 |
| NET PAY | |
| ****************** | |

NET PAY OF $1300.08 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235



**NON-NEGOTIABLE**
Authorized Signature

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 12/08/18-12/21/18 | 12/21/18 | 72646 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 25.900 | 1813.00 | SOCSEC | 111.94 | 3002.93 | GROSS | 1864.80 | 49976.56 |
| DT | 1.00 | 51.800 | 51.80 | MDCARE | 26.18 | 702.31 | | | |
| | | | | FED WH | 161.91 | 4592.84 | | | |
| | | | | PA TAX | 55.43 | 1486.95 | | | |
| | | | | CTY TX | 18.05 | 484.33 | | | |
| | | | | SUI | 1.12 | 30.03 | | | |
| | | | | LST | 2.00 | 52.00 | | | |
| | | | | PENDEF | 93.24 | 2498.84 | | | |
| | | | | HEALTH | 43.36 | 1127.36 | | | |
| | | | | VISION | .30 | 7.80 | | | |
| | | | | DUES | 27.20 | 697.82 | VOL | | 326.40 |
| | | | | DENTAL | 2.85 | 74.10 | RX | 12.84 | 333.84 |

| TOTAL PAY | 1864.80 | TOTAL DEDUCTIONS | 556.42 | NET PAY | 1308.38 |
|---|---|---|---|---|---|

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

Leave Status as of: 12/14/18

| | Vacation | Reward | Personal | Comp Time |
|---|---|---|---|---|
| Prev Bal | 29760 | 000 | 000 | 642 |
| Accrued | 962 | 000 | 000 | 000 |
| Used | 2000 | 000 | 000 | 000 |
| Balance | 28722 | 000 | 000 | 642 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1712.21 | 45934.62 |
| SOCSEC | 1805.45 | 48433.46 |
| MDCARE | 1805.45 | 48433.46 |
| STATE | 1805.45 | 48433.46 |
| LOCAL | 1805.45 | 48433.46 |

**PAY STATEMENT**

DIS:111100800L

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER    THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# PAYROLL VOUCHER

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400

| DATE | DIRDEP NO |
|---|---|
| 12/21/18 | 72646 |
| NET PAY | |
| ******************** | |

**NET PAY OF $1308.38 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT**

| PAY TO THE ORDER OF | DEPT NO | EMPL NO |
|---|---|---|
| | 100800 | 14473 |

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235

**NON-NEGOTIABLE**
Authorized Signature

COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA  18101-2400                                                                                           CO. NO.  7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S  1 | 11/24/18-12/07/18 | 12/07/18 | 70336 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 25.900 | 1813.00 | SOCSEC | 108.73 | 2890.99 | GROSS | 1813.00 | 48111.76 |
|  |  |  |  | MDCARE | 25.43 | 676.13 |  |  |  |
|  |  |  |  | FED WH | 156.00 | 4430.93 |  |  |  |
|  |  |  |  | PA TAX | 53.84 | 1431.52 |  |  |  |
|  |  |  |  | CTY TX | 17.54 | 466.28 |  |  |  |
|  |  |  |  | SUI | 1.09 | 28.91 |  |  |  |
|  |  |  |  | LST | 2.00 | 50.00 |  |  |  |
|  |  |  |  | PENDEF | 90.65 | 2405.60 |  |  |  |
|  |  |  |  | HEALTH | 43.36 | 1084.00 |  |  |  |
|  |  |  |  | VISION | .30 | 7.50 |  |  |  |
|  |  |  |  | DUES | 27.20 | 670.62 | RX | 12.84 | 321.00 |
|  |  |  |  | VOL | 27.20 | 326.40 | DENTAL | 2.85 | 71.25 |
| TOTAL PAY |  |  | 1813.00 | TOTAL DEDUCTIONS |  | 569.03 | NET PAY |  | 1243.97 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 |  | 80 |

Leave Status as of:  11/30/18

|  | Vacation | Reward | Personal | Comp Time |
|---|---|---|---|---|
| Prev Bal | 28798 | 000 | 000 | 1142 |
| Accrued | 962 | 000 | 000 | 000 |
| Used | 000 | 000 | 000 | 500 |
| Balance | 29760 | 000 | 000 | 642 |

| TAXABLE WAGES |  |  |
|---|---|---|
|  | THIS PAY | YTD |
| FEDERAL | 1663.00 | 44222.41 |
| SOCSEC | 1753.65 | 46628.01 |
| MDCARE | 1753.65 | 46628.01 |
| STATE | 1753.65 | 46628.01 |
| LOCAL | 1753.65 | 46628.01 |

**PAY STATEMENT**

DIS:111008OOL

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER    THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**PAYROLL VOUCHER**

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA  18101-2400

| DATE | DIRDEP NO |
|---|---|
| 12/07/18 | 70336 |
| NET PAY | |
| ************************ | |

NET PAY OF $1243.97 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

PAY TO THE ORDER OF

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA   18235

**NON-NEGOTIABLE**
Authorized Signature

# COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400

CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S | 1 | 11/10/18-11/23/18 | 11/23/18 | 68001 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 75.50 | 25.900 | 1955.45 | SOCSEC | 121.98 | 2782.26 | GROSS | 2026.82 | 46298.76 |
| OT | .50 | | 19.57 | MDCARE | 28.53 | 650.70 | | | |
| DT | 1.00 | 51.800 | 51.80 | FED WH | 187.95 | 4274.93 | | | |
| | | | | PA TAX | 60.40 | 1377.68 | | | |
| | | | | CTY TX | 19.67 | 448.74 | | | |
| | | | | SUI | 1.22 | 27.82 | | | |
| | | | | LST | 2.00 | 48.00 | | | |
| | | | | PENDEF | 101.34 | 2314.95 | | | |
| | | | | HEALTH | 43.36 | 1040.64 | | | |
| | | | | VISION | .30 | 7.20 | | | |
| | | | | DUES | 27.20 | 643.42 | VOL | | 299.20 |
| | | | | DENTAL | 2.85 | 68.40 | RX | 12.84 | 308.16 |

| | TOTAL PAY | 2026.82 | TOTAL DEDUCTIONS | 609.64 | NET PAY | 1417.18 |
|---|---|---|---|---|---|---|

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

11/16/18

| | Vacation | Reward | Personal | Comp Time | Leave Status As Of: |
|---|---|---|---|---|---|
| Prev Bal | 27836 | 000 | 1000 | 1142 | |
| Accrued | 962 | 000 | 000 | 000 | |
| Used | 000 | 000 | 1000 | 000 | |
| Balance | 28798 | 000 | 000 | 1142 | |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1866.13 | 42559.41 |
| SOCSEC | 1967.47 | 44874.36 |
| MDCARE | 1967.47 | 44874.36 |
| STATE | 1967.47 | 44874.36 |
| LOCAL | 1967.47 | 44874.36 |

**PAY STATEMENT**

DIS:11100800L

---

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

## PAYROLL VOUCHER

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400



| DATE | DIRDEP NO |
|---|---|
| 11/23/18 | 68001 |
| NET PAY | |
| ****************** | |

**NET PAY OF $1417.18 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT**

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

PAY TO THE ORDER OF

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235

**NON-NEGOTIABLE**
Authorized Signature

Case 5:19-bk-01932-RNO    Doc 21    Filed 06/06/19    Entered 06/06/19 13:28:34    Desc
Main Document    Page 10 of 12

COUNTY OF LEHIGH PENNSYLVANIA
ALLENTOWN PA 18101-2400    CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 10/27/18-11/09/18 | 11/09/18 | 65670 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 75.50 | 25.900 | 1955.45 | SOCSEC | 119.98 | 2660.28 | GROSS | 1994.58 | 44271.94 |
| OT | 1.00 | | 39.13 | MDCARE | 28.06 | 622.17 | | | |
| | | | | FED WH | 181.21 | 4086.98 | | | |
| | | | | PA TAX | 59.41 | 1317.28 | | | |
| | | | | CTY TX | 19.35 | 429.07 | | | |
| | | | | SUI | 1.20 | 26.60 | | | |
| | | | | LST | 2.00 | 46.00 | | | |
| | | | | PENDEF | 99.73 | 2213.61 | | | |
| | | | | HEALTH | 43.36 | 997.28 | | | |
| | | | | VISION | .30 | 6.90 | | | |
| | | | | DUES | 27.20 | 616.22 | RX | 12.84 | 295.32 |
| | | | | VOL | 27.20 | 299.20 | DENTAL | 2.85 | 65.55 |
| TOTAL PAY | | | 1994.58 | TOTAL DEDUCTIONS | | 624.69 | NET PAY | | 1369.89 |

| CLASS | GRADE | STEP |
|---|---|---|
| 2007 | | 80 |

Leave Status as of: 11/02/18

| | Vacation | Reward | Personal | Comp Time |
|---|---|---|---|---|
| Prev Bal | 26945 | 000 | 1000 | 642 |
| Accrued | 962 | 000 | 000 | 000 |
| Used | 071 | 000 | 000 | 000 |
| Balance | 27836 | 000 | 1000 | 642 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1835.50 | 40693.28 |
| SOCSEC | 1935.23 | 42906.89 |
| MDCARE | 1935.23 | 42906.89 |
| STATE | 1935.23 | 42906.89 |
| LOCAL | 1935.23 | 42906.89 |

**PAY STATEMENT**

DIS:111100800L

― TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ―
ALONG PERFORATION

**PAYROLL VOUCHER**

COUNTY OF LEHIGH PENNSYLVANIA
17 SOUTH SEVENTH STREET
ALLENTOWN PA 18101-2400



| DATE | DIRDEP NO |
|---|---|
| 11/09/18 | 65670 |
| NET PAY | |
| ******************** | |

NET PAY OF $1369.89 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

| DEPT NO | EMPL NO |
|---|---|
| 100800 | 14473 |

PAY TO THE ORDER OF

LORA NUNES
25 HOMESTEAD LANE
LEHIGHTON PA 18235

**NON-NEGOTIABLE**
Authorized Signature

ALLENTOWN PA 18101-2400  CO. NO. 7550

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIR DEP NO |
|---|---|---|---|---|---|---|---|
| 100800 | 14473 | LORA NUNES | XXX-XX-3361 | S 1 | 3/30/19-4/12/19 | 4/12/19 | 91258 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 70.00 | 27.210 | 1904.70 | SOCSEC | 113.66 | 1094.93 | GROSS | 1904.70 | 18449.50 |
| | | | | MDCARE | 26.58 | 256.05 | | | |
| | | | | FED WH | 164.18 | 1916.52 | | | |
| | | | | PA TAX | 56.28 | 542.17 | | | |
| | | | | CTY TX | 18.33 | 176.59 | | | |
| | | | | SUI | 1.14 | 11.05 | | | |
| | | | | LST | 2.00 | 16.00 | | | |
| | | | | PENDEF | 95.24 | 922.50 | | | |
| | | | | HEALTH | 52.69 | 589.46 | | | |
| | | | | VISION | .30 | 2.40 | | | |
| | | | | DUES | 28.57 | 228.56 | RX | 15.60 | 174.48 |
| | | | | VOL | 27.20 | 108.80 | DENTAL | 2.85 | 22.80 |

CLASS 2012  GRADE  STEP 80

TOTAL PAY  1904.70   TOTAL DEDUCTIONS  604.62   NET PAY  1300.08

| | Vacation | Reward | Personal | Comp Time | ST Sick | LT Sick |
|---|---|---|---|---|---|---|
| Prev Bal | 296.70 | .000 | 40.00 | 18.92 | 178.0 | 161.34 |
| Accrued | 9.62 | .000 | .000 | .000 | .46 | .38 |
| Used | 12.15 | .000 | .000 | .000 | .00 | .00 |
| Balance | 294.17 | .000 | 40.00 | 18.92 | 182.6 | 161.72 |

Leave Status as of: 4/05/19

DIS: 111008OOL

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1738.02 | 16737.86 |
| SOCSEC | 1833.26 | 17660.36 |
| MDCARE | 1833.26 | 17660.36 |
| STATE | 1833.26 | 17660.36 |
| LOCAL | 1833.26 | 17660.36 |

PAY STATEMENT

JetPay.

PAYROLL VOUCHER — THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER — THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW — TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION