UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORA LEE NUNES : CHAPTER 13
      Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
LORA LEE NUNES :
      Respondent(s) : CASE NO.  5-19-bk-01932

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this  19th  day of July, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 27, 2019 be withdrawn, as all issues have been resolved.

                                          Respectfully submitted:

                                          /s/Charles J. DeHart, III
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this  19th  day of July, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Rapa, Esquire
141 S. 1st Street
Lehighton, PA   18235

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee2