# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Lora Lee Nunes

Case No.:5-19-01932 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3819 |
| Property Address if applicable: | 25 Homestead Ln |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $27,269.10 |
| b. | Prepetition arrearages paid by the trustee: | $27,269.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $27,269.10 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  June 25, 2024

                                          Respectfully submitted,

                                          <u>/s/ Jack N. Zaharopoulos</u>
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Lora Lee Nunes

Case No.:5-19-01932 MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 25, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Jason M Rapa, Esquire
141 S 1st Street
Lehighton PA 18235


**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Lora Lee Nunes
25 Homestead Ln
Lehighton PA 18235


I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 25, 2024               /s/  Liz Joyce
                                   Office of the Standing Chapter 13 Trustee
                                   Jack N. Zaharopoulos
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01932    LORA LEE NUNES

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX 75261-9741

**Acct No:** 25 Homestead Ln - PRE-ARRE

ARREARS - 25 HOMESTEAD LANE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $175,799.44 | Debt: $27,269.10 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $27,269.10 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036549 | $1,033.83 | $0.00 | $1,033.83 | |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $1,551.67 | $0.00 | $1,551.67 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034579 | $815.67 | $0.00 | $815.67 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $493.67 | $0.00 | $493.67 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032695 | $493.67 | $0.00 | $493.67 | 01/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030835 | $493.67 | $0.00 | $493.67 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029886 | $493.67 | $0.00 | $493.67 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028899 | $519.43 | $0.00 | $519.43 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027878 | $519.43 | $0.00 | $519.43 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026900 | $519.43 | $0.00 | $519.43 | 07/20/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025039 | $499.04 | $0.00 | $499.04 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $499.04 | $0.00 | $499.04 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023000 | $998.08 | $0.00 | $998.08 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021989 | $499.04 | $0.00 | $499.04 | 02/24/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020989 | $499.04 | $0.00 | $499.04 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $499.04 | $0.00 | $499.04 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017995 | $499.04 | $0.00 | $499.04 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/13/2022 | 2016941 | $1,052.80 | $0.00 | $1,052.80 | 09/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014855 | $489.92 | $0.00 | $489.92 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013890 | $489.92 | $0.00 | $489.92 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012851 | $489.92 | $0.00 | $489.92 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011777 | $489.92 | $0.00 | $489.92 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $489.92 | $0.00 | $489.92 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/16/2022 | 2009777 | $489.92 | $0.00 | $489.92 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $489.92 | $0.00 | $489.92 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007791 | $489.92 | $0.00 | $489.92 | 12/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $489.92 | $0.00 | $489.92 | 11/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005737 | $504.40 | $0.00 | $504.40 | 10/21/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/14/2021 | 2004691 | $504.40 | $0.00 | $504.40 | 09/22/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/14/2021 | 2002616 | $504.40 | $0.00 | $504.40 | 07/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/16/2021 | 2001639 | $504.40 | $0.00 | $504.40 | 06/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/18/2021 | 2000628 | $504.40 | $0.00 | $504.40 | 05/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/15/2021 | 1229254 | $488.31 | $0.00 | $488.31 | 04/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/17/2021 | 1228235 | $488.31 | $0.00 | $488.31 | 03/26/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 02/17/2021 | 1227220 | $488.31 | $0.00 | $488.31 | 03/01/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/19/2021 | 1226200 | $488.31 | $0.00 | $488.31 | 01/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/10/2020 | 1224413 | $488.31 | $0.00 | $488.31 | 12/17/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/03/2020 | 1223478 | $488.31 | $0.00 | $488.31 | 11/12/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/15/2020 | 1222646 | $482.94 | $0.00 | $482.94 | 10/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/12/2020 | 1220588 | $965.88 | $0.00 | $965.88 | 08/19/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/07/2020 | 1219550 | $482.94 | $0.00 | $482.94 | 07/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/02/2020 | 1218518 | $482.94 | $0.00 | $482.94 | 06/12/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/06/2020 | 1217552 | $482.94 | $0.00 | $482.94 | 05/15/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/14/2020 | 1216510 | $482.94 | $0.00 | $482.94 | 04/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/12/2020 | 1215229 | $500.65 | $0.00 | $500.65 | 03/19/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/13/2020 | 1213915 | $500.65 | $0.00 | $500.65 | 02/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/16/2020 | 1212563 | $500.65 | $0.00 | $500.65 | 01/27/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/12/2019 | 1211203 | $500.65 | $0.00 | $500.65 | 12/19/2019 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/26/2019 | 1207551 | $45.52 | $0.00 | $45.52 | 10/03/2019 |

**Sub-totals:** $27,269.10    $0.00    $27,269.10

**Grand Total:** $27,269.10    $0.00