United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Lora Lee Nunes

     Debtor

Case No. 19-01932-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2

Date Rcvd: Jul 03, 2024            Form ID: 3180W            Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lora Lee Nunes, 25 Homestead Lane, Lehighton, PA 18235-5502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5194586 | ^ MEBN | Jul 03 2024 18:39:24 | KML Law Group, P.C., Suit 5000 BNY Mellon Indepence Cent, 701 Market St., Philadelphia, PA 19106-1541 |
| 5194587 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2024 18:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5217954 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2024 18:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5207470 | EDI: AGFINANCE.COM | Jul 03 2024 22:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5194588 | + EDI: AGFINANCE.COM | Jul 03 2024 22:43:00 | OneMain Financial, 3321 Hamilton Blvd, Allentown, PA 18103-4536 |
| 5223404 | EDI: PRA.COM | Jul 03 2024 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5194589 | + EDI: USAA.COM | Jul 03 2024 22:43:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

David Schwager
> on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper david@despalaw.com  dschwagr@epix.net

Denise E. Carlon
> on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
> TWecf@pamd13trustee.com

James Warmbrodt
> on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

Jason M Rapa
> on behalf of Debtor 1 Lora Lee Nunes jrapa@rapalegal.com
> secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

Mario J. Hanyon
> on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com
> mario.hanyon@brockandscott.com

Matthew K. Fissel
> on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper matthew.fissel@brockandscott.com
> wbecf@brockandscott.com

United States Trustee
> ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| | | | |
|---|---|---|---|
| Debtor 1 | Lora Lee Nunes | Social Security number or ITIN | xxx−xx−3361 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:19−bk−01932−MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lora Lee Nunes
aka Lora Nunes

**By the court:**

7/3/24

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Case 5:19-bk-01932-MJC    Doc 51    Filed 07/05/24    Entered 07/06/24 00:24:57    Desc
Imaged Certificate of Notice    Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 5:19-bk-01932-MJC    Doc 51    Filed 07/05/24    Entered 07/06/24 00:24:57    Desc
Imaged Certificate of Notice    Page 5 of 5